01–2064. **State ex rel. Opre v. Milton Twp. Bd. of Trustees.**
In Quo Warranto. This cause originated in this court on the filing of a complaint for a writ of quo warranto. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.